## MOTION DOCKET

**89–846.** State v. Lott. *Cuyahoga County*, No. 54537. On motion to produce/transmit record. Motion granted.

MOYER, C.J., SWEENEY and DOUGLAS, JJ., dissent.

**91–34.** State v. Brown. *Medina County*, No. 1895. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

**91–547.** Baker v. Pease Co. Certified Question of State Law, No. 893985. On notice of bankruptcy filing and automatic stay. *Sua sponte,* stay granted.

**91–666.** State v. Morales. *Cuyahoga County*, Nos. 57868 and 57869. On response to show cause order. The show cause order is vacated, and the appeal can proceed.

**91–801.** State v. Edwards. *Cuyahoga County*, Nos. 58002 and 59425. On motion for leave to file delayed appeal. Motion denied.

HOLMES and RESNICK, JJ., dissent.

**91–1074.** State, ex rel. Rykon Specialized Plating, Inc., v. Mayfield. In Mandamus. On request for oral argument and to schedule briefing. Request denied.

HOLMES and RESNICK, JJ., would dismiss the cause.

**91–1259.** Forbes v. Midwest Air Charter, Inc. *Cuyahoga County*, No. 56815. On motion to exceed page limit by Midwest Air Charter, Inc. Motion denied.

DOUGLAS, J., dissents.

**91–1346.** State, ex rel. Fresh Mark, Inc., v. Mihm. *Franklin County*, No. 90AP–879. On motion to consolidate with 91–1593, *State, ex rel. Fresh Mark, Inc., v. Bowman,* Franklin County, No. 90AP–879, and 91–1670, *State, ex rel. Fresh Mark, Inc., v. Mihm,* Franklin County, No. 90AP–879. Motion granted.

**91–1459.** State, ex rel. Ohio Bldg. Restoration, Inc., v. Indus. Comm. *Franklin County*, No. 91AP–76. On motion to consolidate with 91–990, *State, ex rel. Ohio Bldg. Restoration, Inc., v. Indus. Comm.,* Franklin County, No. 91AP–76. Motion granted.

**91–1634.** State v. Burney. *Cuyahoga County*, No. 58611. On motion to strike memorandum in support. Motion granted.

H. BROWN, J., dissents.

**91–1652.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–377–EL–CSS. On motion for leave to intervene of Columbus Southern Power Co. Motion granted.

**91–1774.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 91–410–EL–AIR. On motion for leave to intervene of Cincinnati Gas and Electric Co. Motion granted.

**91–1775.** In re Hood. *Summit County*, No. 14957. On motion for leave to exceed page limit. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.

**91–1802.** State v. Sherels. *Cuyahoga County*, Nos. 58516 and 58517. On motion for leave to file delayed appeal. Motion denied.

HOLMES, J., dissents.

**91–1822.** MacDonald v. MacDonald. *Lake County*, No. 90–L–14–077. On motion for leave to file memorandum in support instanter. Motion granted.

RESNICK, J., dissents. On motion for leave to exceed page limit. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.